CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 1 7 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JUDY A. ROBBINS, | ) |
| Movant, | ) Civil Action No. 3:16-MC-00001 |
| v. | ) **ORDER** |
| MILLER LAW GROUP, P.C., | ) By: Hon. Glen E. Conrad |
| Respondent, | ) Chief United States District Judge |
| v. | ) |
| YOLANDA RENE MOSLEY-RIDLEY, | ) |
| Debtor. | ) |

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED**

that respondent Miller Law Group, P.C.'s motion for leave to appeal is **DENIED**.

The Clerk is directed to strike this matter from the active docket of the court and to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 17th day of February, 2016.

/s/ Glen E. Conrad
Chief United States District Judge